TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00377-CV

Robert E. Beams, Appellant

v.

Colvest Mortgage, Inc., Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY

NO. 227,659-A, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

PER CURIAM

 The parties have filed an amended agreed motion to reverse and remand cause for entry
of settlement agreement. The parties' amended agreed motion is granted and the parties' agreed motion
is dismissed. Tex. R. App. P. 59(a)(1)(A). 

 The judgment of the trial court is reversed and the cause remanded for entry of judgment
in conformity with the parties' settlement agreement.

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Reversed and Remanded on Amended Agreed Motion

Filed: October 2, 1996

Do Not Publish